3:23-cv-278

-FILED-
APR - 7 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear, Clerk of Court:

My name is Jayshawn Holloway and I'm incarcerated at St. Joe County Jail in South Bend IN. I am writing this honorable court as a last resolution to the problems I'm having here at the Jail. I tried grievances and I even wrote the trial court but all my letters, motions, and grievances have fallen on death ears. This Jail has all of my resources blocked. I cant even send out legal mail the proper way, my commissary is Restricted for no apparent reason, I cant order phone cards, They wont call me to Inmate Services where I can make legal copies, They not providing me with adequate medical care. I'm at a loss for words to describe how I'm being treated hear. I tried contacting the Sheriff on this County The Warden, The Assistent Warden, The Booking Commander, Several Sargents and Duptes About this problem but no resolution has been made, nor has these problems been addressed I keep getting the Run around with no answer to those problems. I dont know what else course of action to take please I'm being block. I made all these people in Authority aware of this, but it came to pass that each are directly involved in this inhumane treatment towards me.

1. Sheriff - Redman
2. Chief - Sheperd
3. Asst Chief - Fields
4. Warden - Olmstead
5. Asst Warden Zawistowski
6. Lt Finn - Booking Commander
7. Lt Mcpherson
8. Sargent Johnson
9. C.A.B Chairmen - Olmstead Sargent
10. And numerous Duptes Burrows, Moore, Simon, Diggins Jenkins, Sgt Myers, Sgt Jones Sgt Rayl, Chaplin

all been made aware of but nothing has been done I ask this Honorable Court to intervene on my behalf to make sure I'm not being treated unfairly.

P.S IF you look on the front of the envelope you will notice it has another name Please excuse me from doing that, but I was afraid if I put my name on it. It wouldn't get mailed to this honorable Court

Brayshawn Holloway
~~13230~~ 103230
St. Joseph County Jail
401 W. Sample St
South Bend In 46601