UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RAYSHAWN ANTHONY HOLLOWAY,

Plaintiff,

v.   CAUSE NO. 3:23-CV-278-JD-MGG

REDMAN, et al.,

Defendants.

## ORDER

Rayshawn Anthony Holloway was a prisoner when he filed this case. ECF 1. Upon his release, he was granted until September 8, 2023, to resolve his filing fee status. ECF 23. He was cautioned if he did not respond by the deadline, this case could be dismissed without further notice. The deadline has passed and he has not responded.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE for nonpayment of the filing fee.

SO ORDERED on September 22, 2023

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT