AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

RAYSHAWN ANTHONY HOLLOWAY
also known as
Rayshawn Holloway
**Plaintiff**

**v.**                                   **Civil Action No.** 3:23-cv-278

REDMAN
Sheriff, Supervisory, Individual official capacity,

SHEPERD
Chief
Terminated: 06/30/2023,

FIELDS
Asst Chief
Terminated: 06/30/2023,

OLMSTEAD
Warden, Official capacity,

ZAWISTOWSKI
Asst Warden
Terminated: 06/30/2023,

ANDREW FINN
Lt., Individual capacity,

MCPHERSON
Lt., Individual capacity,

JOHNSON
Sargent
Terminated: 06/30/2023,

OLMSTEAD
Sargent, Individual capacity,

BURROWS
Deputy
Terminated: 06/30/2023,

MOORE
Deputy
Terminated: 06/30/2023,

SIMON
Deputy
Terminated: 06/30/2023,

DIGGINS
Deputy
Terminated: 06/30/2023,

JENKINS
Deputy
Terminated: 06/30/2023,

MYERS
Sgt.
Terminated: 06/30/2023,

JONES
Sgt.
Terminated: 06/30/2023,

RAYL
Sargent, Individual capacity,

CHAPLAIN
Terminated: 06/30/2023,

ROBERTA
Nurse, Individual capacity,

JAIME
Nurse, Individual capacity,

FOWLER
Officer, Individual capacity,

LELLO
Officer, Individual capacity,

MERRILL
Officer, Individual capacity,

BIGGS
Officer, Individual capacity,

KAMI
Nurse, Individual capacity
   **Defendants**

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITHOUT PREJUDICE for nonpayment of the filing fee.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Jon E. DeGuilio._____

DATE:   September 22, 2023          CHANDA J. BERTA, CLERK

                                    by_____s/N. Long_____
                                       *Signature of Clerk or Deputy Clerk*